UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-82 RM |
| | ) | |
| BILL TRENT (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 6, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 42], ACCEPTS defendant Bill Trent's plea of guilty, and FINDS the defendant guilty of Counts 1 and 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 2, and 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED: __December 1, 2008__

　　　　　　　　　　　　　　　　__/s/ Robert L. Miller, Jr.__
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court